IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARIELL ALI GLAZE**                                                                **PLAINTIFF**

**V.**                          **CASE NO. 4:10CV00219 JMM/BD**

**KARL BYRD, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claim that Defendants interfered with his right to access the courts under the First Amendment is hereby dismissed with prejudice.

IT IS SO ORDERED, this 10th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE