**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHARIELL ALI GLAZE,
ADC # 147919**                                                                                                  **PLAINTIFF**

V.                              No. 4:10CV00219-JMM-BD

**KARL BYRD,** *et al.*                                                                                         **DEFENDANTS**

## ORDER

Plaintiff Chariell Ali Glaze, an inmate currently confined in the Arkansas Department of Correction, Cummins Unit, filed this case pro se under 42 U.S.C. § 1983 while he was a pretrial detainee at the Faulkner County Detention Facility. In his complaint, Mr. Glaze alleged that Defendants failed to protect him from an attack by another inmate. He also claimed that Defendants interfered with his first amendment right to access the courts by denying him the opportunity to bring criminal charges against the inmate who attacked him.

After initial screening and recommendation, the access-to-courts claim was dismissed. Defendants' motion for partial summary judgment on the failure-to-protect claim, however, was denied.

Donna S. Galchus has recently been appointed to represent Mr. Glaze in this case. A jury trial setting on the docket of Judge James M. Moody is now appropriate. This Court will continue to consider all pending motions until two weeks before trial, or thereafter as directed.

DATED this 1st day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE