IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARIELL ALI GLAZE**                                                  **PLAINTIFF**

**V.**                        **CASE NO.  4:10CV0219 JMM**

**KARL BYRD, ET AL.**                                                  **DEFENDANTS**

**ORDER**

Based upon the trial date of March 5, 2012, the joint motion to extend the dispositive motions deadline is granted to the extent that all dispositive motions shall be filed on, or before, January 3, 2012.

IT IS SO ORDERED THIS   20    day of    December   , 2011.

_____
James M. Moody
United States District Judge